```
      IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF ARKANSAS
               WESTERN DIVISION
```

WILMA FAYE BANKSTON                                      Plaintiff

v.                          4:08CV00286 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of June, 2009.


                                    _____
                                    UNITED STATES DISTRICT JUDGE